FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV 89169
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: agolden@laborlawyers.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JORGE M. ALATORRE, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> RED PEAK, INC. d/b/a and a/k/a CLEARWATER BUILDING MAINTENANCE, a Nevada Corporation; DARRYL HASKINS, an Individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:11-cv-00805-JCM-LRL <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, Jorge M. Alatorre, by and through his counsel of record, and Defendants, Red Peak, Inc. and Darryl Haskins, by and through their counsel of record, that Defendants shall be

/ / /

/ / /

- 1 -

Error! Unknown document property name.

1  dismissed from this action, with prejudice, each party to bear its own attorney's fees and
2  costs.
3  DATED this 12th day of July, 2011          DATED this 8 day of July, 2011
4  FISHER & PHILLIPS LLP                      GABROY LAW OFFICES
5  By: /s/ Anthony B. Golden                  By: /s/
      Mark J. Ricciardi, Esq.                     Christian Gabroy, Esq.
6     Anthony B. Golden, Esq.                     The District at Green Valley Ranch
      3800 Howard Hughes Parkway                  170 South Green Valley Parkway
7     Suite 950                                   Suite 280
      Las Vegas, Nevada 89109                     Henderson, Nevada 89012
8
   Attorneys for Defendants                   Attorneys for Plaintiff
9
                                              DATED this 29th day of June, 2011
10
                                              COGBURN LAW OFFICES
11
                                              By: /s/
12                                                Andrew L. Rempfer, Esq.
                                                  Jamie Cogburn, Esq.
13                                                9555 S. Eastern Ave.
                                                  Suite 280
14                                                Las Vegas, Nevada 89123

15                                            Attorneys for Plaintiff
16
17                                            IT IS SO ORDERED:
18
19
                                              /s/ James C. Mahan
20                                            UNITED STATES DISTRICT JUDGE
21
22                                            Dated: July 13, 2011
23
24
25
26
27
28

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

Error! Unknown document property name.

- 2 -